```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 05016
    YOUNG SOO LIM
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-3858
```

---

                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/03/08 and confirmed on 07/25/08.

   2.  The case was converted to Chapter 7 after confirmation, 11/12/2008.

   3.  The Debtor paid a total of $   2451.54 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP    | CURRENT MORTG  | .00     | .00 | .00 |
| HOMEQ SERVICING CORP    | MORTGAGE ARRE  | .00     | .00 | .00 |
| HOMEQ SERVICING CORP    | SECURED        | .00     | .00 | .00 |
| HOMEQ SERVICING CORP    | MORTGAGE ARRE  | 5343.58 | .00 | .00 |
| AMERICAN EAGLE BANK     | SECURED VEHIC  | .00     | .00 | .00 |
| BAY AREA CREDIT SRV     | UNSECURED      | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK      | UNSECURED      | NOT FILED | .00 | .00 |
| FOSTER BANK             | UNSECURED      | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM| UNSECURED      | NOT FILED | .00 | .00 |
| PINNACLE FINANCIAL GROUP| UNSECURED      | NOT FILED | .00 | .00 |
| LANGSTROM COURT CONDO TH| SECURED        | 3119.23 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED        | .00     | .00 | .00 |

       Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8462.81 | .00 | .00 | .00 | 8462.81 |
| PRINCIPAL PAID     | .00     | .00 | .00 | .00 | .00 |
| INTEREST PAID      | .00     | .00 | .00 | .00 | .00 |
| TOTAL PAID         | .00     | .00 | .00 | .00 | .00 |

The Debtor's attorney, RICHARD E SEXNER             , was allowed $   3500.00
and was paid $    621.00  direct and $   2312.86  through the plan.

The Trustee received $     138.68 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/12/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```